# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DUSHAWN KING

Write the full name of each plaintiff.

No. **16 CV 4277**

(To be filled out by Clerk's Office)

-against-

18-B LAWYER WYATT N. GIBBONS

QUEENS SUPREME COURT JUSTICE KRON

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2016 JUN -8 PM 3:09

SDNY PRO SE OFFICE
RECEIVED

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

**XX**
☐ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

**DUSHAWN**                               **KING**
_____
First Name          Middle Initial          Last Name


State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.


Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)
   **G.R.V.C.**

Current Place of Detention
   **09-09 HAZEN ST, G.R.V.C.**

Institutional Address
   **EAST ELMHURST,**            **NEW YORK**          **11370**
_____
County, City                    State               Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

**XX**
☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**   WYATTT   N.   GIBBONS

| First Name | Last Name | Shield # |
|---|---|---|

!*-B LAWYER DEFENSE

Current Job Title (or other identifying information)

125-10 QUEENS BLVD

Current Work Address         11415

KEW GARDENS           N.Y.

| County, City | State | Zip Code |
|---|---|---|

**Defendant 2:**   HONORABLE   KRON

| First Name | Last Name | Shield # |
|---|---|---|

QUEEN SUPREME COURT JUSTICE

Current Job Title (or other identifying information)

125-01 QUEENS BLVD.

Current Work Address

KEW GARDENS           N.Y.         11415

| County, City | State | Zip Code |
|---|---|---|

**Defendant 3:**

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

**Defendant 4:**

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:        QUEEN SUPREME COURT PART TAPA

Date(s) of occurrence:        ON JUNE  2015 WHILE APPEARING BEFORE DEFENDANTS

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

QUEENS SUPREME COURT JUSTICE KRON, AND DEFENDANT 18B LAWYER WYATT

N. GIBBONS, IS WHERE MY FIRST FOURTH, SIXTH, EIGHTH, AND FOURTEENTH

AMENDMENTS RIGHTS GAURANTEED BY OUR UNITED STATES CONSTITUTION WERE

VIOLATED BY THESE DEFENDANTS IN THAT THEY BOTH FAILED TO ALLOW ME TO

EXERCISE MY FREEDOM OF SPEECH, AND EXPRESSION UPON POINTS OF LAW THAT

GUIDES SAID COURT AND DEFENDANTS TO THE INNICENT NATURE OF THE CRIME

THAT SHOULD HAVE ESSENTIALLY SET ME FREE. AT NO TIME DURING ALL PROCEEDIN

WAS I PROVIDED WITH THE EFFECTIVE ASSISTANCE OF COUNSEL FROM AND/OR VIA

DEFENDANT WYATT N. GIBBONS. HE COULD NOT REACH THE STRENGTHS OF ESTABLISHI

A LAWYER-CLIENT RELATIONSHIP WHEN HIS WORK ETHICS ARE DELIBERATELY

INDIFFERENT TO MY INNOCENCE, WHICH HELD THE BALL AND CHAIN TO MY ANKLE

THE ENTIRE TIME HE REPRESENTED ME THROUGH OPEN COURT AND/OR THROUGH

VIDEO CONFERENCES. IN FACT PLAINTIFF, DUSHAWN KING, PRO SE HAD TO SEEK

REFUGE AND ASSISTANCE FROM THE DISCIPLINARY COMMITTEE AGAINST THIS

DEFENDANT BEFORE HE GETS SIDETRACKED, AND RAILROAEDED BY THE JUDICIAL

SYSTEM FOR A CRIME THAT HAS NO BEARI(NG ANDOR ROOM TO CREATE COMMON SENSE

THE HISTORICAL WE RELIED UPON AS LAW IN THE TEN(10) COMMANDMENTS IS

NOW BEEN MODERNIZED VIA CONSTITUTIONAL AMENDMENTS OF THE UNITED STATES

WHERE DUE PROCESS OF THE LAW DOES NOT SUBJECT ONE TO UNDERGO CRUEL AND

UNUSUAL PUNISHMENT. THE ACTIONS BY THESE DEFENDANTS CAN AT NO TIME BE

CONSTRUED AS HARMLESS ERRORS GIVING RISE TO SHIEL BEHIND THE ELEVENTH

<u>STATEMENT OF CLAIM/PAGE#2</u>

AMENDMENT FOR THE ABSOLUTE IMMUNITY STANDARD WHEN THE CONSTITTUTIONAL
VIOLATIONS ARE AN OUTCRY FOR JUSTICE BY THE PLAINTIFF. MATTERS OF LAW
THAT CONCERNS ONES FREEDOM HAS TO BE SCRUTINIZED AS REVERSIBLE ERRORS
THAT SHOULD BE STOPPED BEFORE AT ALL CONTINUED. HERE PLAINTIFF SURELY
SUFFERS FROM A DEPRAVED HARDSHIP AS A RESULT OF BOTH DEFENDANTS ACTIONS
THAT CONSTITUTE MALICIOUS PROSECURION, AND LEGAL MALPRACTICE, AND/OR
NEGLIGENCE. NO ONE HUMAN BEING IN THE UNITED STATES ARE EXEMPT IN ANY FORM
FROM FOLLOEWING THE STRAIGHT ARROW OF THE CONSTITUTIONAL ROAD TO
FREEDOM AND EQUALITY, AND JUSTICE THE AMERICAN WAY. THERE DOES ALSO EXIST
AN EQUAL CLAUSE IN THE FOURTEENTH AMENDMENT ,WHERE PLAINTIFF, DUSHAWN
KING, PRO SE ACTUALLY HAS AND IS ENTITLED TO MORE RIGHTS DURING HIS
CONFINEMENT LET ALONE FALSE IMPRISONMENT, BECAUSE DUE TO THIS FACT HE HAS
TO RELY SOLELY ON THE OFFICIALS WHOSE CARE, CUSTODY, AND CONTROL, THAT
THAT ARE ACTUALLY THE DEFENDANTS AND PEOPLE ALIKE WHO TAKE A SWORN OATH
TO UPHOLD THE CONSTITUTION, AND NOT TO DISGUISE THEMSELVES AS MERE
MEDIATORS IN A  GAME WE KNOW AS LIFE.FOR ALL TOGETHER WITH THE NUMEROUS
CONSTITUTIONAL , CITY, AND STAE LAWS VIOLATIONS IN THIS COMPLAINT IT IS
HEREBY REQUESTED RESPECTFULLY VIA PLAINTIFF DUSHAWN KING, PRO SE THAT
THE CHIEF JUSTICE OF THIS COURT TAKE CARE CAUTION AND CONSIDERATION IN
ALLOWING THE RELIEF SOUGHT BY PLAINTIFF WHO IS PRO SE, AND IN THE FIGHT
OF HIS LIFE AND DESPERATELY SEEK IMMEDIATE INTERVENTION BY THIS HIGHER
COURT AND JUSTICES.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PLAINTIFF HAS SUFFERED AN ENORMOUS AMOUNT OF EWMOTIONAL STRESS AND MENTAL ANGUISH, THAT HAS CAUSED INSOMNIA,PARANOIA, NIGHTMARES EPISODES OF GREAT ANXIETY, AND MIGRAINE HEADACHES, PLAINTIFF HAS LOST HIS FAITH IN THE JUSTICE SYSTEM, PLAINTIFF IS STOMPED FROM STRENGTHENING HIS FAMILY TIES THROGH INCARCERATION THAT AT TIMES THROUGH WEARINESS LEAD TO VISUAL AND AUDITORY HALLUCINATIONS

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

PLAINTIFF SEEKS PAIN AND SUFFERING DAMAGES FROM EACH DEFENDADANT IN THEI INDIVIDUAL, AND OFFICIAL CAPACITY IN THE AMOUNT OF TWO(2) MILLION DOLLARS. PLAINTIFF ALSO SEEK EMOTIONAL STRESS AND MENTAL ANGUISH DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE AMOUNT OF TWO MILLION DOLLARS. FINALLY PLAINTIFF SEEKS PUNITIVE DAMAGES FROM EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY IN THE AMOUNT OF THREE(3) MILLION DOLLARS FOR A SUBTOTAL OF TEN(10) MILLION DOLLARS.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

MAY 21, 2016

| Dated | Plaintiff's Signature |
|-------|----------------------|

DUSHAWN                                    KING

| First Name          Middle Initial | Last Name |
|-----|-----|

09-09 HAZEN ST, G.R.V.C.

Prison Address
EAST ELMHURST, N.Y.                        11370

| County, City | State | Zip Code |
|-----|-----|-----|

Date on which I am delivering this complaint to prison authorities for mailing:     MAY 21, 2016

**SUPREME COURT, APPELLATE DIVISION**
**FIRST JUDICIAL DEPARTMENT**
**DEPARTMENTAL DISCIPLINARY COMMITTEE**
**61 BROADWAY, 2ND FLOOR**
**NEW YORK, NEW YORK 10006**
**(212) 401-0800**

**Jorge Dopico**
**Chief Counsel**

DATE: _____

**Complainant(s):**

Mr.(x) Ms.( ) Mrs.( ) ___King_____ ___Dushawn_____ __D.X.K__
                          Last                First                  Initial

Address: ___09-09 hazen Street_____ Apt. No. __N/A__

___East Elmhurst_____ __NY__ __11370__
City                State              Zip Code

Telephone:   Home: (     ) __N/A__        Business: (     ) __N/A__

**Attorney Complained of:**

Mr.(x) Ms.( ) Mrs.( ) ___Wyatt_____ ___Gibbons_____ __N__
                          Last                First                  Initial

Address: __125-10 Queens Boulevard_____ Apt. No. __Suite 302__

___Kew Gardens,_____ __NY__ __11415__
City                State              Zip Code

Telephone:   Home: (     )        Business: (718 ) 261-8200

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Complaints to other agencies:**

Have you filed a complaint concerning this matter with another Bar Association, District Attorney's Office or any other agency:

If so, name of agency: ___N/A_____

Action taken by agency: ___N/A_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Court action against attorney complained of:**

Have you brought a civil or criminal action against this attorney? __N/A__

If so, name of court: ___N/A_____ Index No. __N/A__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. Please send <u>AN ORIGINAL AND ONE COPY</u> of your complaint with enclosures. Please <u>do not</u> send original documents in your enclosures because we will not return them.
2. You may copy the enclosed form as many times as you wish, or you may find it online. Our website is: <u>www.nycourts.gov.</u> Go to the search bar and enter "disciplinary committee." Click on the link which says, "Departmental Disciplinary Committee."
3. You may also state your allegations in a letter. We request separate complaint forms/letters for each attorney in question.

## Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

# GRIEVANCE COMMITTEE COMPLAINT FORM

Date: _____

**COMPLAINANT INFORMATION**

Your Name: (Mr.)(X )   King          DuShawn       D.X.K
(Ms.)( )   _____   _____   _____
            (Last)            (First)           (Initial)

Address: 09.09 hazen street _____ _____
                    (Street)                      (Apt. #)

East Elmhurst     NY          11370        _____
    (City)      (County)      (State)     (Zip Code)

Telephone: (Home) ___N/A_____ (Office) ___N/A_____

**ATTORNEY COMPLAINED OF:**

Name: _____Wyatt   N.    Gibbons_____
              (Last)        (First)          (Initial)

Office Address: 125-10 Queens Boulevard _____
                          (Street)

_____Kew Gardens     NY      11415_____
       (City)      (County)   (State)       (Zip Code)

Telephone: 718-261-8200 _____

**CONTACT WITH OTHER AGENCIES**

Have you contacted any other agency, such as a Bar Association or District Attorney's Office, concerning this matter? _NO____

If so, state the name of the agency: ____N/A_____

What action was taken by the agency? ____N/A_____

**COURT ACTION TAKEN BY YOU AGAINST THE ATTORNEY**

Have you taken any civil or criminal action against the attorney? Not at this time

If so, please name the court and provide the index number: __N/A_____

What action was taken by the court? ____N/A_____

STATEMENT OF FACTS

THE DEFENDANT HAS A GAURANTEED SIXTH AMENDMENT RIGHT TO
EFFECTIVE ASSISTANCE OF COUNSEL DURING ALL COURT APPEARANCES AND
PROCEEDINGS, IN PRESENTING LEGAL SUFFICIENT ARGUMENTS VIA MOTION, AND/OR
ORALLY. ON THE GROUND OF INEFFECTIVE ASSISTANCE OF COUNSEL MY LAWYER
FAILED TO DO HIS JOB AS MY COUNSEL. HE DID NOT FULLY QUESTION THE DISTRICT
ATTORNEY'S WITNESS OR INSTRUCTING HIM TO READ HIS FOOTNOTES, HE DID NOT
ATTEMPT AT ANYTIME TO PUT A PRETRIAL PLAN TOGETHER, HE DID NOT ARGUE THE
FACT THAT THE WEAPON WAS UNLOADED AND INOPERABLE OR CAPABALE OF FIRING
A SHOT ON BEHALF OF THE DEFENADNT THAT  COULD OF ESSENTIALLY CAUSED
SERIOUS PHYSICAL INJURIES. HE DID NOT TAKE HIOS TIME TO DO AN APPRPRIATE
INVESTIGATION BOTH FACTUALLY AND LEGALLY TO DETERMINE A DEFENSE. IT IS A
RIGHT FOR A DEFENDANT UNDER THE SIXTH AMENDMENT TO EFFECTIVE ASSISTANCE OF
COUNSEL INCLUDING THE RIGFHT TO REPRESENTATION BY CONFLICT-FREE COUNSEL.
MY LAWYER DID NOT FOLLOW THE RULES OF BEING A COUNSEL ALSO I WAS NEVER
NOTIFIED THAT BRIAN O'CONNOR (PREVIOUS LAWYER) EXCUSED HIMSELF FROM THE
CASE AND HIREDV AND/OR APPOINTED MY PRESENT COUNSEL WHO HAS AT ALL TIMES
BEEN INEFFECTIVE. (SEE ENCLOSED LETTER DATED JANUARY 8, 2016 ATTACHED
HERETO AS EXGHIBIT 'A').           LEGAL ARGUMENT

ASSIGNED DEFENSE COUNSEL FAILED TO INVESTIGATE, PREPARE, FOR
TRIAL, AND TAKE PROMPT ACTION. GIVEN THE FACT THAT THE WEAPON IN QUESTION
IS CRACKED, AND INOPERABLE, AND NEVER FOUND ON DEFENDANTS PERSON, THESE
FACTS TOGETHER DEEM THE CHARGES CURRENTLY TO LESSER INCLUDED CHARGES
SUCH AS  ROBBERY IN THE THIRD, AND CRIMINAL POSSESSION OF  WEAPON IN THE
FOURTH DEGREE THAT IS ESSENTIALLY A MISDEMEANOR. clearly theE DISTRICT
ATTORNEY OVERCHARGED THE DEFENADNT WITH CRIMES THAT DO NOT MEET THE
CRITERIA OF SAID CRIMES. TENDERINGG THE REPRESENTATION LESS THAN MEANING-
FUL. COUNSEL HAS A DUTY TO CONDUCT AN INVESTIGATION. TO BE MEANINGFUL THE

LEGAL ARGUMENT PAGE (20)

THE RIGHT TO COUNSEL, "REQUIRES THE GUIDING HAND OF COUNSEL AT EVERY STEP IN THE PROCEEDINGS" THE COURTS HAVE RECOGNIZED THE 6TH AMENDMENT, RIGHT TO COUNSEL DOES EXIST AND IS NEEDED IN ORDER TO PROTECT THE FUNDAMENTAL RIGHT TO A FAIR TRIAL AND THAT A PERSON WHO HAPPENS TO BE A LAWYER IS PRESENT AT TRIAL ALONGSIDE THE DEFENDANT, HOWEVER, IS NOT ENOUGH to SATISFY THE CONSTITUTIONAL REQUIREMENT. COUNSEL MUST CONFER WITH DEFEND-ANT WITHOUT UNDUE DELAY AND AS OFTEN AS NECESSARY TO ADVISE DEFENDANT OF HIS/HER rights and  TO ELICIT MATTERS OF DEFENSE OR TO DETERMINE POTENTIAL AND UNAVAILABLE DEFENSES. COUNSEL MUST CONDUCT APPROPRIATE INVESTIGATION; B BOTH FACTUAL AND LEGAL TO DETERMINE DEFENSE STRATEGY AND TO ALLOW COUNSEL ENOUGH TIME FOR REFLECTION AND PREPARATION FOR TRIAL.

COUNSEL HAS FAILED TO PROVIDE ONE OR MORE OF THE FOLLOWING:

A) VISIT ME AT MY PLACE OF CONFINEMENT

B) PROVIDE ME WITH IN-COURT CONFERENCE;

C) LISTEN TO MY VERSION OF EVENTS;

D) KEEP ME INFORMED OF PROSECUTION MOTION STATUS;
E) KEEP ME INFORMED OF PROSECUTION MOTION STATUS
F) PROVIDE ME WITH COPIES OF ALL MY LEGAL DOCUME STATUS
G) DISCUSS WITH ME POSSIBLE DEFENSE STRATEGIES;
H) RESPOND TO MY CORRSPONDENCE;
I) INVESTIGATE MY WITNESSES;
J) SUBMIT ADDITIONAL MOTIONS ON MY BEHALF

DEFENSE COUNSEL IS CLEARLY PROVIDING INEFFECTIVE ASSISTANCE TO DEFERNDANT FOR THE ADEQUATE PREPARATION OF DEFENDANT'S DEFENSE.  COUNSEL'S LEGAL ASSISTANCE RENDERED THUS FAR DOES NOT MEET THE "MEANINGFUL represent REPRESENTATION" STANDARD ESTABLISHED IN NEW YORK STATE.

A DEFENDANT'S SIXTH AMENDMENT RIGHT TO EFFECTIVE ASSISTANCE OF COUNSEL
INCLUDES THE RIGHT TO REPRESENTATION BY CONFLICT-FREE COUNSEL,753 as NOTED
ABOVE, IN THE ABSENCE OF A CONFLICT OF INTEREST, A DEFENDANT CLAIMING
INEFFECTIVE ASSISTANCE OF COUNSEL MUST DEMOSTRATE THAT THE LAWYER'S REPRESEN-
TATION "FELL BELOW AN OBJECTIVE STANDARD OF REASONABLENESS", AND THAT
COUNSEL'S DEFICIENCY WAS "PREJUDICIAL" TO THE DEFENSE 754 WHERE A CONFLICT
OF INTEREST IS ADEQUATELY DEMOSTRATED, HOWEVER, PREJUDICE WILL BE presumed,

755
the new york court of appeals, for its part has declined on several occasioNS
TO APPLY A PER SE RULE TO CONFLICT SITUATIONS. 758 THUS, THE DEFENDANT MUST
SHOW IN ALMOST ALL INSTANCES THAT NOT ONLY THE EXISTENCE OF SOME POTENTIAL
CONFLICT BUT ALSO THAT THJE ALLEGED CONFLICT "OPERATEDON" OR BOR(E) a subs-
TANTIAL RELATIONSHIP TO" THE DEFENSE. 759.

defendant challenged his conviction by supreme COURT QUEENS FOR 2 COUNTS OF
ROBBERY IN THE FIRST DEGREE AND CRIMINAL POSSESSION OF A WEAPON IN THE
SECOND. THE DEFENDANT 1ST DEGREE ROBBERY AND CRIMINAL POSSESSION OF A WEAPON
IN THE 2ND WAS IMPROPER BECAUSE WHERE THERE WAS NO PROOF OR EVIDENCE THAT A
DEADLY WEAPON WAS DISPLAYED DURING THE COURSE OF THE ROBBERY 9deadly weapon0
MEANING: A LOADED WEAPON FROM WHICH A SHOT CAN RERADILY CAPABLE OF PRODUCING
DEATH OR SERIOUS PHYSICAL INJURY, MEANING DISCHARGED, SWITCH BLADE, GRAVITY
KNIFE,PLUM BALLISTIC, Metal knuckle knife,dagger, BILLY, BLACK JACK, PLASTIC
KNUCKLE OR METAL KNIFE.
robbery in the first degree consist of when a person forcibly STEALS PROPERTY
AND WHEN IN THE COURSE OF THE OMISSION OF THE CRIME IMMEDIATE FLIGHT HE OR
ANOTHER PARTICIPANT IN THE CRIME CAUSE SERIOUS PHYSICAL INJURY TO ANOTHER
WHO IS NOT A PARTICIPANT IN THE CRIME OR WHO IS ARMED WITH A DEADLY WEAPON
USE OF THE MATTER OF THE IMMEDIATE USE OF A DANGEROUS INSTRUMENT(SEE PEOPLE
V. FERGUSON 688 N.Y.S.2d154, 1988
OUTCOME: THE COURT MODIFIED

<u>LEGAL ARGUMENT PAGE (4)</u>

OUTCOME: THE COURT MODIFIED THE LOWER COURT'S JUDGMENT BY REVERSING DEFENDAN

CONVICTION FOR SECOND DEGREE CRIMINAL POSSESSION OF A WEAPON, AND BY

REDUCING DEFENDANT'S CONVICTION FOR FIRST DEGREE TO THIRD DEGREE ROBBERY.

DEFENDANT'S CONVICTION WAS OTHERWISE AFFIRMED. THE MATTER WAS REMANDED FOR

RERSENTENCING. IN THE FACT OF ROBBERY IN THE SECOPND DEGREE WHEN A PERSON IS

GUILTY OF SECOND DEGREE ROBBERY WHEN HE FORCIBLY STEALB PROPERTY AND WHEN

HE IS AIDED BY ANOTHER PERSON ACTUALLY PRESENT OR IN THE COURSE OF COMMITTIN

THE CRIME OR OF IMMEDIATE FLIGHT THETREFROM/HE OR ANOTHER PARTICIPANT IN THE

CTRIME CAUSAES PHYSICAL INJURIES TO ANOTHER PARTICIPANT WHO IS NOT A PARTIC-

IPANT IN THE CRIME OR DISPLAYS WHAT APPERTARS TO BE A PISTOL A RIFLE, A

REVOLVER, SHOTGUN, OR MACHINE GUN OR OTHER, IN PEOPLE V.ORESTE AMATON.Y.S.2d

441; 1984: THE DEFENDANT APPEALED A JUDGMENT OF SUPREME COURT QUEENS COUNTY

NEW YORK CONVICTING Him of robbery in the first degree IN POSSESSION OF A

WEAPON WHERE PROSECUTION PRESENTED"NO EVIDENCE" THAT A FIREARM USED BY THE

DEFENDANT DURING A ROBBERY WAS LOADED AND OPERABLE COPUTRTS MODIFIED HIS

CONVICTION FROM ROBBERY IN THE FIRST TO ROBBERY IN THE THITRD I.E. the

DEFENDANT FORCIBLY STOLE prOPErty Overview THE COURT'S MODIFIED THE JUDGMENT

HOLDING THE FIRST DEGREE CONVICTION CRIMINAL POSSESSION OF A WEAPON IN THE

SECOND DEGREE AND CRIMINAL USE OF A FIREARM IN THE FIRST DEGREE HAD TO BE

REVERSED AND DFISMISSED BECAUSAE THERE WEAS NO PROOF AT TRIAL THAT A LOADED

WEAPON WAS OPERABLE DURING THE COMMISSION OF THE CRIME. THE CHARGER OF

ROBBERY IN THE FIRST DEGREE HAD TO BE REDUCED TO ROBBERY IN THE THIRD DEGREE

i.e. the defendant FORCIBLY STOLE PROPERTY, WHETREFORE NO CHARGES OF ANY

KIND INCLUDING , AND ESPECIALLY AND SPECIFICALLY ROBBERY IN THE FIRST

DEGREE CANNOT EXIST WITHOUT THER AFOREMENTIONED TOOLS.



# The Law Offices of Wyatt N. Gibbons, P.C.

125-10 Queens Boulevard   Suite 302
Kew Gardens, NY 11415
718.261.8200/718.263.1705 (fax)

January 8, 2016

Dushawn King - Inmate
B & C #: 4411500009
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

RE: PSNY v. King Ind't #: 1249/15

Dear Mr. King:

I'm sorry I have not been able to meet with you. I am enclosing a complete copy of your file. I just received the bulk of it from the ADA today.  Please review it and I will set up a video conference with you sometime the week of January 18th.  Should you have any questions, please do not hesitate to contact me.

Sincerely,

Wyatt N. Gibbons

\\vmware-host\Shared Folders\Documents\Work Product\Criminal\18b\King\Letter to client with copy of file.wpd

ATTACHMENT

I DEFENDANT DUSHAWN KING IS WELL AWARE OF THE ASSIGNED COUNSEL COMPENSATION

FOR THE JUSTICE CRIMINAL COURT SYSTEM AND I AM WQELL AWARE THAT THEY GET PAID

$40.00 PER HOUR FOR WORK PERFORMED IN COURT AND $25.00 PER HOUR FOR WORK OUT

OF COURT: MEANING THAT THE FEE PAID TO A LAWYER NOW AT A LOWER LEVEL THEREFI

THE STATE COURT CANNOT REALLY PROVIDE A REAL EQUAL ACCESS TO JUSTICE.

FOLLOWING THE HISTORICAL ROLE OF ASSIGNED COUNSELING IN NEW YORK CITY THAT

PEOPLE WHO ARE UNABLE TO AFFORD AN ATTORNEY (PRIVATE) ARE ENTITLED TO AN

ASSIGNED COUNSEL COURT PROCEEDING . A ARTICLE"18B" IS IT'S REQUIREMENT THAT

ASSIGNED COUNSEL BE COMPENSATED AND REIMBURSED FOR THEIR SERVICES OF THE

STATUTE, THE COSTS OF REPRESENTATION IN GIDEON V. WANWRIGHT. IN GIDEON THE

COURT HELD THE SIXTH AMENDMENT'S GAURANTEE RIGHT OF ASSISTANCE OF COUNSEL TO

THE ACCUSED OF A CRIME REQUIRES THAT THE STATE'S TO PROVIDE COUNSEL TO

CRIMINAL DEFENDANT'S CHARGED WITH A FELONY OFFENSE WHO CANNOT AFFORD TO HIR

ACOURT STATED (R)EASON AND REFLECTION REQUIRE US TO RECOGNIZE THAT IN OUR A

ADVERSARY SYSTEM OF CRIMINAL JUSTICE A PERSON THAT IS HELD INTO COURT WHO IS

TOO POOR TO HIRE AN LAWYER CANNOT BE ASSURED A FAIR TRIAL UNLESS, COUNSEL IS

PROVIDED TO THEM. IN MY CASE THE APPOINTED LAWYER THAT QUEENS SUPREME COURT

ASSIGNED TO ME  ARE GETTING PAID FOR DOING ABSOLUTELY NOTHING!!! THEY BOTH

WERE NOT DOING ANY FUNDAMENTAL REPRESENTATION FOR ME AT ALL. THEY ARE FOLLO

ING THE BAR ASSOCIATION'S BASIC RULES IN REPRESENTING CLIENTS WHO CANNOT AF

AFFORD PRIVATE COUNSEL. KNOWING TYHAT THE DEFENDANT'S LIFE IS ON THE LINE E

EVERY SINGLE TIME HE STEPS FOOT INTO A COURTROOM. BRIAN O'CONNER AND WYATT

GIBBONS BOTH NOT ONLY DID ANY SIGNIFICANT RESEARCH ON MY CASE, AND ALSO DID

NOT CONDUCT AND/OR PUT TOGETHER A PLAN. I SPEAK FOR ALL PEOPLE WHEN I SAY

"THAT I AM BEING RAILROADED. BY MY LAWYER WHEN HE PAINSTAKINGLY KNOWS THAT

THE CHARGES AGAINST ME HAVE NO MERIT IN A COURT OF LAW. HIS ACTIONS ONLY

LEAVE ME PUZZLED AND TO BELIEVE THAT HIS TWENTY-EIGHT (28) YEARS EXPERIENCE

MEANS NOTHING IF HE IS NOT GOING TO GIVE HISALL IN REPRESENTING ME IN OPEN

COURT. AND THAT THE NEW YORK LEGAL COMMUNITY IS NOT HERE TO MAKE SURE

THAT I HAVE A FAIR TRIAL. MY LAWYER TOLD ME THAT I WAS GOING TO BLOW AT TRIAL.
I KNOW THAT TRIAL IS AFOR SERIOUS CASES INVOLVING CHARGES SUCH AS RAPE,
MURDER AND ROBBERY, REPEATEDLY DELAYED BECAUSE OVERLOADED ASSIGNED COUNSEL
ARE OFTEN ON TRIAL ON OTHER CASES ONVIRTUALLY A CONTINUAL BASIS AND I KNOW
THAT IT IS A LEGAL MANDATE THAT AN ARRAIGNMENT BE PROVIDED WITHIN TWENTY-F
(24) HOURS OF MY ARREST, MY LAWYER IS IN THE WRONG FOR PROFESSIONAL MISCON
UCT, DELAY AND NEGLECT. SOMEONE WHO HAS CLAIMED TO ATTEND ST. JOHN'S UNIVE
SITY AND HAS BEEN LICENSED FOR TWENTY_-EIGHT(28) YEARS HAS MORE THAN ONE
PRACTICE AREA SHOULD KNOW THAT THE CHARGES AGAINST ME DOES NOT MEET THE
CRITERIA'S AND FOR HIM TO MAKE ME TAKE A PLEA IS OUT OF LINE!!!BECAUSE OF
THE GRAETLY INCREASED VOLUME OF CASES THAT INDIVIDUAL ASSIGNED COUNSEL HAI
HANDLE, THEY ARE INCREASINGLY ABSENT LATE, AND/OR UNPREPARED FOR ROUTINE
COURT APPEARANCES AND HEARINGS. MY LAWYER SET UP A HEARING THAT WAS NOT
EVEN PREPARED TO QUESTION ANYBODY. HE ASKED ME QUESTIONS THAT HE FIGURED
THAT UI WOULD KNO W THE ANSWERS TO. THERE ARE ALOT OF CASES SIMILAR TO MI
AND THERE HAS BEEN ALOT OF TURNOVERS(REVERSALS), REGARDING THIS MATTER
BECAUSE OF LACK OF PROOF AND EVIDENCE. MY LAWYER TOLD ME THAT MY LAST
CASE I TOOK A VIOLENT PLEA WHEN I COPPED-OUT TO A 110-265.03 NONVIOLENT
D FELONY. I ASKED MY LAWYER TO SEND ME THE FOLLOWING ITEMS REQUESTED(SEE
ATTACHMENT). RESPECTFULLY I HAVE NOT RECEIVED A RESPONSE FROM HIM SINCE I
MADE THIS FREEDOM OF INFGORMATION LAW(F.O.I.L.) REQUEST., AND MY LAWYER
STATERTED REPRESENTING ME BETWEEN XNNXXXX 2015  JANUARY 8, 2016 to pRESEN
HE CALLED ME FOR A VIDEO CONFERENCE ON JANUARY 18, 2016, AND THEN CANCELLI
IT BECAUSE IHAVE NO IDEA WHY ON FEBUARY 23, 2018, WHEN I WENT TO COURT ON
FEBUARY 23, 2016, THAT WAS THE VERY FIRST TIME I MET HIM, AND THEN ON
MARCH 1, 2016 MY LAWYER SUGESTED THAT THATY I COP OUT TO SEVEN (7) YEARS
PRIOR TO TAKING IT TO THE HEARING BECAUSE I WAS GOING TO BLOW AT TRIAL.
AND THE DFISTRICT ATTORNEY IS NOT ATTEMPTING TO TAKE THE TEN(10) YEARS
OFF THE TABLE. IN MARCH 10, 2016, WE CONDUCRYTERD A HEARING THAT BID NOT
PROCEED NO WHERE I DID

proCEED WHERE I DID NOT EVEN GET EWNOUGH TIME, AND SHOQW AND EXPLAIN MYSEL
ON BEHALF OF SAID HEARING, AND MY LAWYER COULD NOT HAVE POSSIBLY BEEN
READY, IF A VIDEO CONFERENCE IS ONLY FIFTEEN (15) MINUTES TOPS!!!(EMPHASIS
ADDED). HOW CAN HE POSSAIBLY BE READY TO CONDUCT SAID HEARING IN THE LEGAL
FORMAT. YOU CANNOT CONDUCT A HEARING WITHOUT PROPER LEGAL RESEARCH TO BE
PREPARED TO PROFESSIONALLY CONDUCT SAID HEARING IN REACHING A DECISION(LEG
(LEGAL) MOST FAVORABLE VOOYOUR C:LIENT, AND IN THE PURSUIT OF SWIFT JUSTIC
IT IS POINTLESS, NEEDLESS TO SAY THAT THAT MY FIRST LAWYER BRIAN O'CONNER
(NEVER SEEN) INSIDE A COURTROOM, WHEN HE IS ALWAYS INFORMING ME THAT THE
DISTRICT ATTORNEY WANTS ME TO TAKE FIVE(5) YEARS. AND THEN ONLY TO RETURN
TO INFORM ME THAT NOT TO TAKE IT WITHOUT INFORMING ME IN TERMS OF THE
LAW OF WHY IM SHJOULD NOT TAKE THAT PLEA. ON MY 180 DAY THE DAY BEFORE MY
COURT APPEARANCE HE INFORMS ME THAT THE DISTRICT ATTORNEY WANTS ME TO TAKE
THE TIME I WILL BE COMFORTABLE RECEIVING. I HONESTLY FEEL AS THOUGH I AM
BEING BEDAZZLED AND RAWWLROADED, AND I CANNOT CONTINUE TO DEAL WITH A JUS
JUSTICE SYSTEM THAT REALLY DOES NOT OPERATE ACCORDING TO THE LAW. I DID N
HAVE A GOOD LAWYER ON MY SIDE. MY LAWYER MR. O'CONNER WAIVED MY GRAND JUR
APPERAING RIGHTS WITHOUT MY CONSENT AND/OR THE SIGNING OF SAID WAIVER THE
THEREOF IN OPEN COURT, NOR DID HE OBJECT , AND PRESERVE THE ISSUE FOR ME
TO SEEK TRELIEF THROUGH  THE PPELLATE DIVISION, WHICH ESSENTIALLY SHOWS
LEGAL NEGLECT, INEFFECTIVE ASSISTANCE OF COUNSEL WHERE THERE LEAVES HIM
NO SPACE TO CONCEAL HIS INEFFECTIVENESS BEHIND THE ELEVENTH AMENDMENT
OF THE CONSTITUITION SEEKING ABSOLUE IMMUNITY FROM LIABILITY VIA A 1983
CIVIL RIGHTS COMPLAINT. FURTHERMORE, THE INDICTMENT IS NOT A TRUE BILL
WHERE IT BDOES NOT BEAR THE COURT SEAL, AND THB ORIGINAL SIGNATURE OF THE
FOREMAN OF SAID GRAND JURY INDICTMENT. I ALSO BELIEVE THAT THE INDICTMENT
IS NOT A TRUE BILL, BECAUSE I HAVE THE GRTAND JURY MINUTES, AND I DO NOT
HAVE ALL MY GRAND JURY MI NUTES AND IT DOES NOT APPEAR THAT ANY WITNESSER
 TESTIFIED BEFORE SAID GRAND JURY. I DO NOT HAVE ALL MY GRAND JURY MINUTE
THAT I RERQUESTED MONTHS AGO IN A MOTION 240.20 THAT I S

SPECIFICALLY SENT THE COURT CL:ERK'S OFFICE ON JULY 06, 2015, AND HAVE
YET TO RECEIVE SAID MINUTES OF THE GRAND JURY PTROCEEDING THAT I DID NOT
SIGN  A WAIVER NO T TO APPEAR. THE REQUEST WAS SENT TO THE CLERK, JUDGE,
MY LAWYER, AND THE DISTRICT ATTORNEY'S OFFICE. IF THE PEOPLE STATE ON
RECORD THAT THEY ARE IN FACT, READY, I HAVE A GAURANTEED RIGHT VIA 14TH
DUE PROCESS AMENDMENT TO PREPARE FOR SAID TRIAL, AND HOW CAN I POSSIBLY
ACCOMPLISH THAT MISSION WITHOUT ALL THE BRADY MATERIAL INCLUDING, BUT
NOT LIMITED TO MY GRAND JURY MINUTES.THE ARRESTING OFFICERS FROM THE 75TH
PRECINCT. I DO NOT KNOW WHY THE OFFICER FROM THE 103RD PRECINCT WAS ON TH
STAND AND THE OFFICERS FROM THE 103RD PRECINCT THAT WAS ON THE STAND
CLEARLY LYING AND COMMITTING PERJURY DURING THE ENTIRE QUESTIONING AT
THE GRAND JURY.

THAT WAS ON THE STAND WERE CLEARLY LYINGAND HE NEVER ANSWERED THE QUESTIONS MY LAWYER PROPOSED TO HIM. AS HE QUOTES" I DO NOT RECALL AND/or REMBER,WHICH IS NOT A SUFFICIENT AND/or credible answer. BEING THAT THE NEW YORK CITY POLICE DEPARTMENT IS A PART OF THE JUSTICE SYSTEM,I AM WELL AWARE THAT THE WOULD PRESIDE ON THE OFFICER'S SIDE, AND I ASKED MY LAWYER TO RECEIVE THE VIDEO THAT THE OFFICERS WORE (BODY CAM), AND WHEN MY LAWYER QUESTIONED THE OFFICER ABOUT IT, HE PERJURED HISSELF BY SAYING" I DO NOT KNOW ANYTHING ABOUT IT. I RESPECTFULLY ASK THAT YOU TAKE THIS INTO SETRIOUS CONSIDERATION, AND REQUEST FOR MORE TIME AND A NEW LAWYER TO PREPARE FOR TRIAL, AND WHATEVER FURTHER RELIEF THIS COURT DEEMS JUST AND PROPER.

INLIGHT OF THE FOLLOWING AND IN THE INTEREST OF JUSTICE MY REQWUEST SHOULD BE GRANTED IN ITS ENTIRETY, IN PURSUIT OF JUSTICE TO AVOID A MISCARRIA OF JUSTICE.

RESPECTFULLY SUBMITTED,

DATED: MAY 17, 2016

DUSHAWN KING, DEFENDANT

SWORN TO BEFORE ME ON THE
17TH DAY OF MAY 2016

NOTARY PUBLIC

DUSHAWN KING

RUTH MARCANO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA5088836
Qualified in Nassau County
My Commission Expires December 01, 20__

MR. DUSHAWN KING #
09-09 HAZEN ST, G.R.V.C.
EST ELMHURST, N.Y. 11370

THE LAW OFFICES OF WYATT N. GIBBON'S P.C.
125-10 QUEENS BLVD, SUITE 302
KEW GARDENS, N.Y. 11415                    APRIL 19, 2016

RE:          EFFECTIVE ASSISTANCE OF COUNSEL/REQUEST FOR LEGAL
             DOCUMENTS

DEAR MR. GIBBONS:

          IN REFERENCE TO THE ABOVE ENTITLED MATTER, I AM THE
DEFENDANT, SUPPOSEDLY YOUR CLIENT AND RESPECTFULLY REQUEST THE
FOLLOWING PAPERS/DOCUMENTS IN YOUR POSSESSION FOR MY DEFENSE:

1. MY BANK STATEMENT FROM MY CARDS.

2. ALL THE TRANSCRIPTS FROM MY HEARING.

3. ALL THE DISTRICT ATTORNEYS WITNESSES NAMES CALLED DURING SAID HEARING.

4. MY RAPSHEET AND DISPOSITION AND/OR COPY OF MY LAST CASE I WAS ARRESTED
FOR C.P.L. 110.265.1 CPW.

          I AM IN DIRE NEED OF THIS PAPERWORK, AND ASK THAT UYOU
CONSTUE THIS REQUEST AS A FREEDOM OF LAW INFORMATION LAW (f.o.i.l.)
AND LOOK FORWARD TO RECEIVING A RESPONSE THERETO IN SEVEN(7) BUSINESS
DAYS TO DETERMINE IF YOUR BEST INTEREST IN DEFENDING ME IN COURT WAS
WITHIN THE GUIDELINES OF THE CODES AND ETHICS OF A LAWYER WHO PASSED THE
BAR EXAM IS OBLIGATED TO DEFEND HIS CLIENT EFFECTIVELY, AND IN THE
BEST INTEREST OF JUSTICE IN SEEKING SAID JUSTICE FOR THAT CLIENT.

5. FINALLY, I REQUEST MY CRIMINAL BACKGROUND AND HISTORY.

          THESE DOCUMENTS AND REQUESTS WOULD BE NEEDED PREFERRABLY
PRIOR TO MY NEXT COURT DATE.(MAY 26, 2016) PROMPTLY TO AVOID FUTURE
COMPLAINTS TO THE BAR ASSOCIATION AND/OR DISCIPLINARY COMMITTEE FOR
YOUR LACK OF DEFENSE AND SUPPORT THEREROF. I THANK YOU IN ADVANCE FOR YOUR
TIME AND CONSIDERATION IN  THESE MATTERS, I LOOK FORWARD TO YOUR PROMPT
REPLY.

                              RESPECTFULLY YOURS,

                              DUSHAWN KING, DEFENDANT

CC:          FILE.

PAGE (8) FREEDOM OF INFORMATION LAW(F.O.I.L.)
REQUEST

6. IN ADDITION, MR. DUSHAWN KING THE CLIENT IN THIS CRIMINAL MATTER
WOULD ALSO LIKE TO RESPECTFULLY REQUEST A COPY OF THE "TRUE BILL" INDIct-
MENT PURSUANT TO THE FREEDOM  OF  INFORMATION LAW (F.O.I.L.) WITH THE
COURT SEAL AND THE ORIGINAL SIGNATURE OF THE FOREMAN OF SAID GRAND JURY
THAT ALLEGEDLY INDICTED THE Defendant Mr. dushawn king.

RESPECTFULLY SUBMITTED,

DUSHAWN KING

Sworn to before me

This 2^th day of MAL, 2016.

RUTH MARCANO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA5088836
Qualified in Nassau County
My Commission Expires December 01, 20 17

DUSHAWN KING

**Departmental Disciplinary Committee**
**Supreme Court, Appellate Division**
**First Judicial Department**
**61 Broadway**
**New York, New York 100**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 10010    $ 000.34⁰
02 1W
0001403228 MAY 09 2016

DOCKET NO        2016.0903

Dushawn King
#4411500009, GRVC
09-09 Hazen Street
East Elmhurst, NY  11370

Dear Complainant:

This acknowledges receipt by the Departmental Disciplinary Committee of a complaint that you have made about an attorney.

Due to the large volume of complaints filed in this office, it may take some time for our office to forward further information to you about the status of your complaint.

**Thank you for your patience.**

Very truly yours,

**Office of the Chief Counsel**

MR. DUSHAWN KING #4411500009
09-09 hazen st, g.r.v.c.
EAST ELMHURST, N.Y. 11370

   
 
 

USMp3
SDNY

RECEIVED
SDNY PRO SE OFFICE

2016 JUN -8 PM 3:22



PRO SE INTAKE UNIT ROOM 200
UNITED STATES DSITRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE- 500 PEARL ST.
NEW YORK, N.Y. 10007

"CONFIDENTIAL LEGAL MAIL"
"
"